UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

NICKEY BROWN,

      Plaintiff,                                       Civil Action No. 09-3793

v.                                                   District Judge Lemmon

OIL STATES SKAGIT SMATCO,            Magistrate Judge Shushan

      Defendant.

## DEFENDANT'S MOTION FOR SANCTIONS

COMES NOW, Oil States Skagit Smatco, LLC ("Defendant" or "Oil States"), through undersigned counsel, submitting this Motion for Sanctions against Plaintiff, Nickey Brown ("Plaintiff") based upon Plaintiff's perjured testimony. For the reasons set forth in the accompanying Memorandum, Defendant's motion should be granted.

Respectfully submitted this 23rd day of July, 2010.

/s/ Rachel E. Linzy
SAMUEL ZURIK, III (Bar No. 24716)
RACHEL E. LINZY (Bar No. 29317)
The Kullman Firm
1600 Energy Centre, 1100 Poydras Street
New Orleans, LA  70163
Telephone:  (504) 524-4162

**COUNSEL FOR DEFENDANT
OIL STATES SKAGIT SMATCO**

**CERTIFICATE OF SERVICE**

      I hereby certify that on this 23rd day of July, 2010, I caused to be filed with the Court's electronic court filing system the foregoing Motion for Sanctions and Memorandum in Support which will send a copy of the foregoing by electronic mail to:

              J. Courtney Wilson
              1510 Veterans Blvd.
              Metairie, LA 70005

                /s/ Rachel E. Linzy