# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **NICKEY BROWN** | **CIVIL ACTION** |
| **VERSUS** | **NO. 09-3793** |
| **OIL STATES SKAGIT SMATCO** | **SECTION "S" (1)** |

## ORDER

The Court, having considered the petition, the record, the applicable law and the Report and Recommendation of the United States Magistrate Judge, and the plaintiff's objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that plaintiff's complaint, is hereby **DISMISSED WITH PREJUDICE.**

New Orleans, Louisiana, this 17th day of November, 2010.

_____
UNITED STATES DISTRICT JUDGE